

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00090-CV

Jose M. **GONZALEZ**, Jr.,
Appellant

v.

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-25068
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: August 3, 2022

DISMISSED FOR WANT OF PROSECUTION

Appellant's original brief failed to comply with Rules 9.5 or 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 38.1. On June 3, 2022, we struck the brief and ordered appellant to file an amended brief in compliance with the Texas Rules of Appellate Procedure no later than July 5, 2022. Our order cautioned appellant that if he failed to file the amended brief by July 5, 2022, we would dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 38.9, 42.3.

To date, appellant has not filed his amended brief or otherwise responded to our June 3, 2022 order.  Accordingly, this appeal is dismissed for want of prosecution.  TEX. R. APP. P. 42.3.

PER CURIAM